UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62513-CIV-DIMITROULEAS/SNOW

HOB KNOB, LLC,
*a Delaware Limited Liability Company*,

      Plaintiff,
vs.

ZYNGA, INC., *a Delaware Corporation*,

      Defendant.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 15], filed on January 19, 2012. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Notice of Voluntary Dismissal [DE 15] is **APPROVED;**

2.    This cause is **DISMISSED WITH PREJUDICE**;

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 20th day of January, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record